In the Matter of WALTER MICHALOWSKI, Appellant, against JOHN M. BECKMAN, as Police Commissioner of Nassau County Police Department, et al., Respondents.— In a proceeding under article 78 of the Civil Practice Act to review an alleged determination of respondents in refusing to return to

appellant a certain automobile and other property, the application was denied and the petition dismissed, without prejudice to the institution of a replevin action by appellant. Order unanimously affirmed, with one bill of $10 costs and disbursements. No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.